83,522-01

8-26-15

Abel Acosta Clerk
P.O. Box 12308 Capital Station
Austin, TX 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 01 2015
Abel Acosta, Clerk

RE NO. W-61,477-01-E
Change Of Address

Dear Clerk

    I Applicant Jeremiah Scott #02007290 have moved to a different Unit. I know I just sent one for change of Address but didn't know I was transfering to another Unit. I'm just notifiying to you my new Unit Address Thankyou.

Respectfully
Jeremiah Scott
Jeremiah Scott #02007290
Formby Unit
988 County Road AA
Plainview, TX 79072